IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.

BRYAN J. THOMAS

NO.  3:17-CR-6-001 (CAR)

## ORDER

On January 21, 2026, a *Petition for Warrant or Summons for Offender* (Doc. 48) was issued for the above-named defendant alleging violations of the term of supervised release. The warrant and all related charges alleged in the *Petition* have since been dismissed.

**IT IS HEREBY ORDERED** that the *Petition for Warrant or Summons for Offender* be dismissed for good and sufficient cause shown to the Court.

SO ORDERED this **3** day of **Feb.** , 2026.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: AMM